ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| GSC Construction, Inc. | ) ASBCA No. 62530 |
| | ) |
| Under Contract No. W912HN-10-D-0049 | ) |

APPEARANCE FOR THE APPELLANT: Patrick B. Kernan, Esq.
  Reid Law PC
  Denver, CO

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
  Laura J. Arnett, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Savannah

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 17, 2022

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62530, Appeal of GSC Construction, Inc., rendered in conformance with the Board's Charter.

Dated:  March 17, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals